IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2770 |
| | : | |
| CARGUARDIAN WARRANTY, LLC, | : | |
| et al. | : | |

## **ORDER**

AND NOW, this 15th day of July, 2019, it is ORDERED pro se Plaintiff Andrew R.

Perrong's Motion for Permission to Use ECF/EFiling (Document 3) is GRANTED.  Perrong shall

be permitted to register as an Electronic Case Filing (ECF) User in this Court's ECF System, solely

for purposes of the above-captioned action, pursuant to Local Rule of Civil Procedure 5.1.2(4)(b).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.