IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2770 |
| | : | |
| CARGUARDIAN WARRANTY, LLC, | : | |
| et al. | : | |

**<u>ORDER</u>**

AND NOW, this 30th day of July, 2019, it is ORDERED a hearing on pro se Plaintiff Andrew R. Perrong's Motion for Default Judgment (Document 7) shall be held on August 26, 2019, at 9:30 a.m. in Courtroom 14B.

It is further ORDERED Plaintiff shall serve a copy of the Motion for Default Judgment and this Order on Defendants by personal service at least one week prior to the hearing and shall file proof of service with the Court. Defendants are advised failure to attend the hearing or otherwise contest the Motion for Default Judgment may result in entry of a default judgment against Defendants.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, C.J.