UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** ) <br> **1657 The Fairway #131 Jenkintown, PA 19046** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> vs. ) <br> ) <br> **CARGUARDIAN WARRANTY, LLC** ) <br> ) <br> **Et. Al.** ) <br> **Defendants.** ) <br> ) | | **Civil Action** <br> **No. 19-2770** <br><br><br> **Jury Trial Demanded** |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff ANDREW R. PERRONG, and hereby voluntarily dismisses this case, without prejudice, against all Defendants, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as no party has filed an answer or a motion for summary judgement. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITHOUT PREJUDICE, with each party to bear its own fees and costs.

Dated: **September 17, 2019**

_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1